# United States Bankruptcy Court

Eastern District of Louisiana

RICHARD P. ZITO
RAINELL M. ZITO
2705 RIVERLAND DR.
CHALMETTE LA 70043

17-12352
Chapter 13
Section B

### ORDER GRANTING TRUSTEE'S MOTION TO SET ASIDE OBJECTION TO CLAIM

Considering the Trustee's Motion to Set Aside **(P-22)** Objection To Claim,

IT IS HEREBY ORDERED that the Trustee's objection to the claim **(P-18)** filed in this case by the below-named creditor in the amount of $14,931.48 as well as the related hearing scheduled for 12/20/2017 be set aside and dismissed; and that the claim is ALLOWED.

Claimant:

BASS & ASSOCIATES PC
3936 E FT LOWELL RD
STE #200
TUCSON AZ 85712

Court's claim #4

Trustee's Claim #12

Account #3028

IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, December 4, 2017.

*J. A. Brown*
Hon. Jerry A. Brown
U.S. Bankruptcy Judge